Osman Nuri Ozsusamlar
Name
53271-054
Prison Number
U.S.P. - Atwater
P.O. Box 019001
Atwater, CA 95301
Address or Place of Confinement

**FILED**

DEC 18 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Note: If represented by an attorney, write attorney's name, address & telephone number

## United States District Court

Osman Nuri Ozsusamlar
Full Name (First, Middle, Last)

CASE NO. 1:12 CV 0 2 0 5 2   JLT   HC
(to be supplied by the Clerk of the
United States District Court)

Petitioner,

vs.

· Miguel Chavez, Supervisor of Education
· Mr. R. Bills, Education Specialists
· Ms. Brown, Education Specialists.
Name of Warden
(or other authorized person having custody of petitioner)

PETITION FOR
WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241
BY A PERSON IN FEDERAL CUSTODY

Respondent.

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

| | | |
|---|---|---|
| 1. _____ | a conviction | |
| 2. _____ | a sentence | |
| 3. ✓ _____ | jail or prison conditions | |
| 4. _____ | prison discipline | |
| 5. _____ | a parole problem | |
| 6. _____ | other | |

**RECEIVED**

DEC 18 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

CAUTION: If you are attacking a federal conviction,
sentence or judgment, you must
first file a direct appeal or motion under
28 U.S.C. § 2255 in the federal court which
entered the judgment.

## PETITION

(1)  Place of detention: U.S.P. - Atwater, California

(2)  Name and location of court which imposed sentence: Southern District of New York.

(3)  Offense(s) and indictment number(s) (if known) for the sentence imposed:
U.S. v. Ozsusamlar, 05 cr. 1077 (PKL), 1 count Murder for Hire violation 18 USC§1951, 1 count Conspiracy Murder for Hire violation 18 USC§1951(b), and 1 count conspiracy extortion, violation 18 USC § 1951.

(4)  The date upon which sentence was imposed and the terms of the sentence:
9-17-2007, sentenced 188 months imposed to prison.

(5)  What was your plea (check one):    Not guilty (✓)    Guilty ( )    Nolo contendere ( )

(6)  Kind of trial (check one):    Jury (✓)    Judge only ( )

(7)  Did you appeal from the judgment of conviction or the imposition of sentence:  Yes (✓)    No ( )

(8)  If you did appeal, answer the following for each appeal:

FIRST APPEAL:
Name of court: Southern District of New York.
Grounds raised (list each):
   1)  Jurisdiction.
   2)  Ineffective Assistance trial, and appeal Consul.

Result/Date of result: pending.

SECOND APPEAL:
Name of court: n/a
Grounds raised (list each):
   1)
   2)
Result/Date of result:

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9)  State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal manner. Summarize *briefly* the *facts* supporting each ground. If necessary attach additional pages behind this page.

**CAUTION:**  If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

→ GROUND ONE Staff using Preferential treatment paying other inmates and refusing to compensate me.

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

CAUTION:   You must state *facts, not conclusions,* in support of your grounds. A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

SEE ATTACHMENT LABELED GROND ONE CONTINUATION PAPER 7 PAGES.

→ GROUND TWO _____ n/a

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).

## ADMINISTRATIVE APPEALS

(10)   Have you presented the claims raised in Question #9 of this petition to prison officials in a prison administrations appeal?

Yes (✓)      No ( )   If your answer is no, explain why not: _____

If your answer is yes, answer the following for *each* administrative appeal:

FIRST ADMINISTRATIVE APPEAL          Level of appeal:   BP - 8
Grounds raised (list each):
    1)   Discriminating my religion and racism not pay correct payment
    2)
Result/Date of result:   May   2012.

SECOND ADMINISTRATIVE APPEAL      Level of appeal: BP-9 , Adm. Rem. I.D # 691175f
Grounds raised (list each):
    1)   Discriminating my religion and racism not pay correct payment
    2)
Result/Date of result   6-12-2012 .   request is denied.

*GROUND FOR THIS 28 U.S.C. §2241 PETITION*

*[GROUND ONE CONTINUATION PAPER]*

*On December 27, 2011, Mr. M. Chavez, Supervisor of Educati on  signed and I started worked. I'm working from USP-Atwater Education Dept. I'm  ACE CLERK and my job title is photocopier. End of the month Mr. Chavez payed me paycheck $2,28, and reason just working 3 days.*

*On or above January 5, 2012, I started ESL (English Second Language) class.*

*On or above February 15, 2012, paycheck payed $16,60, I spoke to Mr. Chavez and Mr. Chavez told me we did mistake and fixed next month. (This is payroll from month of January 2012.).*

*Ethnic Racism and Religion prejudice matter, for the last 11 months discriminating on my rights and not paying exact pay grade, hours, and money. My boss first began Mr. Chavez. Were was I ask to Mr. Bills  money why this much short? Mr. Bills told me ask to your boss Mr. Chavez. And they are very abstain to me not to give any job. I ask many time Mr. Bills and Mr. Chavez they are told me stay here when we needed to you we know you are here we call you.*

*On or above March 12, 2012, my paycheck again $16.60, payed Miguel Chavez, and Mr. Bills told me you don't have a GED this is the reason I can't pay more than this much. Also you are in the Challenge Program you are working half time in the here.*

*On or above February 13, 2012, I attended Challenge Program. This program basic drug educational treatment and I*

1

am valuanteer taked this program.

On or above March 1, 2012, I requested from Ms. Brown for Criminal Law Reporter case copy [www.bna.com/products/lit/exer.htm Expert evidence Report. 90 Crim L. Report 496, January 11, 2012], Ms. Brown denied to give any copy or booklate writing or reading case. Same time Mr. Bills and Mr. Chavez denied to access giving copy to me. This is normally not to hard received copy other inmate easily received.

On or above March 25, 2012, Mr. Chavez, Supervisor of Education denied to give copy I contact to warden Rios and talk to him for this case copy. Warden Rios told me if they are denied give any copy requested to me myself I will take are those matter.

On or above March 5, 2012, my high school diploma proofed from education dept. / Mr. Bills did this prove and put in my BoP file.

On or above March 1, 2012, Education dept employee used excused Challenge Program matter I don't move morning time attending ESL class kick me out.

On or above April 2012, I requested Administrative Remedy complaint for Criminal Law Reporter case copy. This Adm. Rem. complain file misplaced from between 4-B Unit Team and Adm. Remedy Department still pending and I did another BP-8 / BP-9 form waiting to resolution from Warden Office.          On or above April 10, 2012, I received paycheck just $6.60, even my high school diploma proof and also I don't needed diploma just attending GED and ESL class my BoP file show up 1,700 hours total attending education mean BoP should give to you pay

grade like High School Diploma does.

On or above May 3, 2012, I did Administrative Remedy complaint BP-8, above Mr. Chavez, Mr. Bills, and Ms. Brown Discriminating my religion and racism not payed correct payment to me.

On or above May 10, 2012, Education dept. payed paycheck $11.40.

On or above May 13, 2012, I did Adm. Rem. BP-9, with complaint letter Office of Inspector General and Office Professional Responsibility.

On or above June 10, 2012, I received $4.80, paycheck from education dept.

On or above June 12, 2012, Inspector General and Office Professional Responsibility forwarded my complaint U.S.D.O.J.- Bureau of Prisons, Office of Internal Affairs.

On or above June 12, 2012, USP-Atwater Warden Office denied my complaint Adm. Rem. #691175-F1.

On or above June 26, 2012, I sent out Adm. Remedy BP-10, western Regional Office my claim.

On or above June 30, 2012, I contact and more explanation matter this claim "Discrimination, Punishing, Abusing, and Harassing me".

On or above July 20, 2012, Western Regional Office denied my complaint.

On or above August 2, 2012, I sent out my Adm. Remedy Central Office Appeal.

On or above August 9, 2012, Central Office received my complain and response due date September 18, 2012.

Central Office taked "Extension of Time for Response"

3

and response due date October 8, 2012.

On November 6, 2012, I received receipt for Adm. Rem.
#691175-A1, should be received any response but I did not
received.

28 C.F.R. §542.18, say"...Staff shall respond in writing
to all filed Requests or Appeals. If the inmate does not
receive a response within the time allotted for reply,
including extension, the inmate may consider the absence of a
response to be a denial at that level...".


Plaintiff does not know the true first name of name
individual U.S.P.- Atwater Education Dept. Employee.

They are used authority violated under color of state law
and every time used different excused denied paying correct
amount money to me. They told me;

1- They began by telling me that I do not have GED. I
proved my high school diploma and BOP filed showed 1,700,
hours attending GED and ESL class attending meanwhile no any
excused to corrected my pay grade and paying money.

2- They used I'm attending Challenge Program and not
working whole day just half day working this matter. Yes I'm
Challenge Program, with me in this same program and classroom
are other two (2) inmate [inmate Kingston # 45457-048
cell:220-L, job title TUTOR  & inmate Mendoza # 16015-085,
cell: 208-L, job title ACE CLERKS... were as after my
complaint their job title changed to LAW CLERKS.]. All
Challenge Program inmate same time programing, eating,
working, and recalling. Meanwhile no excused working hours
because all inmate programing and working same time frame.

Also BOP Program Statement (PS) "INMATE WORK CONDITIONS
§545.24; (a) The scheduled work day for an inmate in federal
institution ordinarily consists of minimum of seven hours..."
I have not been paid my full "7 hours" since January 2012.
Other P.S. "performance pay provision §545.26; (e) Work
Evaluation (2): An inmate shall receive performance pay only
for those hours during which the inmate is actively
participating in a work assignment or an education/ vocational
program...". Furthermore; Challenge Program nothing due about
my working hours, my grade and paying money amount. If other
two (2) inmates working same time I'm working same hour mean
they are working 1 hour I am working same 1 hour...

   3- They used excused denied my grade and money because
job title ACE CLERKS 4rd grade pay per hours 0.12 cent. This
is not true and correct because inmate Mendoza proof my
argument correct Education dept. paying same title ACE CLERKS
last 11 months inmate Mendoza I seeing his paysheet paper
$60.oo, and also he told me $45 -- $60, paying every months if
Challenge Program and ACE CLERKS title not get more than my
pay inmate Mendoza never get this much money each months.

   4- I'm asking any form or case copies denied giving to
me. Actually problem starting this matter and my first Adm.
Remedy to this Education Dept. employees refused give to copy
of Criminal Law Reporter case copy or booklate making copies
or writing self. This Education Dept. employees just to I ask
this matter not give to me but other inmate get easily. Were
was complain start Administrative Remedy which is last eight
(8) months misplace not result yet after plainly made this to
me because I'm came from ADX prison anything happen giving

*shot send me back ADX prison.*

*5- Also I am attending ESL (English Second Language)*
*class. They are kick me out ESL class and refusing teaching*
*ESL or Challenge Program have a own ESL class Education dept.*
*supply but by my name mentioning refusing all action.*

*6- Mr. R. Bills, when it come to my praying time refuses*
*to let me use a classroom for a few minutes but tell me to*
*pray in the restroom. Warden Rios directed all of employee*
*single praying any place but education employee not allow*
*Warden Rios direction.*

*7- An or about June 2012, Mr. R. Bills told me with other*
*inmates witnesses you can not get much money here go looking*
*other job. I told to Mr. Bills if you resign me than after*
*other then I am a working here. But Mr. Bills says to there no*
*I am not resign to you continue your job title. End of*
*November 2012 two times my name have a CALLOUTS LIST and title*
*ACE CLERK but no have any money pay to last two months job.*
*Dated of December 10, 2012, my name again CALLOUTS LIST but my*
*title changed to 4-B ORDERLY because I wrote cop-out to Mrs.*
*Rodriguez, Exec. Ass. and title to the Education Dept. Boss.*
*after they are changed my work title.*

*Mr. Chavez, Mr. Bills, and Ms. Brown violated own BoP*
*policy statement 3420.09, Standards of Employee conduct., Each*
*Inmate Equal, Due process violation my First, Fourth, Eight,*
*and Fourteen Amendment violation with 18 U.S.C. §1519, cover*
*up destroy evidence ongoing federal investigation and 42*
*U.S.C. §2000e-5(f)(3), Employment Discrimination Action*
*provides that such action can be brought in the District Court*

6

where the plaintiff work, where the company keep its
employment records, or any district in the state in which the
alleged discrimination accurreds.

THIRD ADMINISTRATIVE APPEAL        Level of appeal: __BP-10, Adm. Rem. #691175-R1__
Grounds raised (list each):
  1)   Discrimination for ethnic and religion not pay correct Payroll.
  2)
Result/Date of result: __8-1-2012__.

FOURTH ADMINISTRATIVE APPEAL        Level of appeal: __BP-11__
Grounds raised (list each):
  1)   Discrimination for ethnic and religion not pay correct Payroll.
  2)   Violation of 18 USC §1519, 42 USC §2000e-5(f)(3), and PS 3420.09-1,4,8,14 Amendmes
Result/Date of result: pending ( Receipt show response due date 9-18-2012).

(11)   Is the grievance process completed?     Yes (✓)     No ( )

## PREVIOUS PETITIONS

(12)   Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

       Yes ( )     No (✓)

(13)   If your answer to Question #13 was yes, give the following information for **each** previous petition:

FIRST PREVIOUS PETITION
Name of court: _____ n/a _____
Nature of proceeding: _____
Grounds raised (list each):
  1) _____
  2) _____
Result/Date of result: _____

SECOND PREVIOUS PETITION
Name of court: _____ n/a _____
Nature of proceeding: _____
Grounds raised (list each):
  1) _____
  2) _____
Result/Date of result: _____

(14)   If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255.
_____ n/a. _____

(15)    Are you presently represented by counsel?

Yes ( )            No ( ✓ )

If so, provide your attorney's name, address, and telephone number:

n/a

(16)    If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

Yes ( )        No ( ✓ )

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

--- SEE ATTACHMENT $5.⁰⁰ filing fee paid proof copy

--- SEE ATTACHMENT INMATE LAST 6 MONTHS TRUST FUND ACCOUNT CERTIFICATE COPY.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

December 5, 2012.
(Date)

_____
(Signature of Petitioner)

_____
(Signature of Attorney, if any)

# CERTIFICATE OF SERVICE

I, Osman Nuri Ozsusamlar hereby certify that I have served a true and correct copy of the following: Administrative Remedy no : 691175-A1, under 28 USC § 2241, motion for

Osman N. Ozsusamlar v. Miguel Chavez, Supervisor of Education, Mr. R. Bills, Education Dept. Specialist, Ms. Brown, Education Dept. Specialist.

Which is deemed filed at the time it was delivered to prison authorities for forwarding, Houston v. Lack, 101 L. Ed. 2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to :

Court of Clerk
United States District Court
Eastern District of Fresno.
1130 "O" Street, Room 5000
Fresno, CA 93721.

and deposited same in the United States Mail at Via First Class Mail at U.S.P. - Atwater Mailroom.

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this 12 day of December, 20 12.

Osman Nuri Ozsusamlar.
U.S.P.-Atwater, #53271-054
P.O. Box 019001.
Atwater, CA 95301-0910.